UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 7

| | |
|---|---|
| USP HOLDINGS, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES<br><br>　　　　　　　　　　Defendant. | Court No. 25-00227<br>and Attached Schedule |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: November 19, 2025

　　　　　　　　　　　　　　　　　　Scott L. Johnston　*Scott L. Johnston*
　　　　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　950 Echo Lane, Suite 360
　　　　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　　　　　　　　Street Address

　　　　　　　　　　　　　　　　　　Houston, Texas 77024
　　　　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　　　　　　　City, State and Zip Code

　　　　　　　　　　　　　　　　　　713-932-1540
　　　　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　　　　　　　　Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 25-00227 | USP HOLDINGS, INC. | 180125100667 | 91303438260 |
| | | 530125110160 | 91303437023 |
| | | 530125110161 | 91303437775 |
| | | 530125110162 | 91303437015 |
| | | 530125110163 | 91303437783 |
| | | 530125110289 | 91303437601 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 20, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)